DAVID SEARS et al., Respondents, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

April 6, 1891, which affirmed a judgment in favor of plaintiffs, entered upon a decision of the court on trial at Special Term.

*Samuel Blythe Rogers* for appellants.

*G. Willett Van Nest* for respondents.

Agree to affirm on authority of *Lynch* v. *Met. El. R. R. Co.* (*ante*, page 274); no opinion.
All concur.
Judgment affirmed.